UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GREGORY HARRIS,<br>　　　　Plaintiff,<br>　　v.<br>ESPENOZA, et al.,<br>　　　　Defendants. | Case No. 19-cv-07806-SI<br><br>**ORDER OF DISMISSAL** |

On February 14, 2020, the court determined that plaintiff's *pro se* prisoner's civil rights complaint failed to state a claim upon which relief may be granted. (Docket No. 7.) The court granted plaintiff leave to file an amended complaint no later than March 27, 2020, cautioning him that failure to file an amended complaint by the deadline would result in the dismissal of this action. (*Id.* at 4.) Plaintiff did not file an amended complaint, and the deadline by which to do so has passed. For the foregoing reasons, and the reasons stated in the order of dismissal with leave to amend, this action is DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The clerk shall close the file

**IT IS SO ORDERED**.

Dated: June 8, 2020

　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge