UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GREGORY HARRIS,

    Plaintiff,

  v.

ESPENOZA, et al.,

    Defendants.

Case No. 19-cv-07806-SI

**JUDGMENT**

This action is dismissed for failure to state a claim upon which relief may be granted.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 8, 2020

_____
SUSAN ILLSTON
United States District Judge